KEELER, Appellant, v. FALK CORPORATION, Respondent.

*No. 95. Submitted May 3, 1973.—Decided June 5, 1973.*
(Also reported in 207 N. W. 2d 673.)

For the appellant the cause was submitted on the brief of *Teper & Tepper,* attorneys, and *Jerome A. Tepper* of counsel, all of Milwaukee.

For the respondent the cause was submitted on the brief of *Borgelt, Powell, Peterson & Frauen,* attorneys, and *Reuben W. Peterson, Jr.,* of counsel, all of Milwaukee.

PER CURIAM. Applying the test reiterated in *Freeman v. Krause Milling Co.* (1969), 43 Wis. 2d 392, 168 N. W. 2d 599, the trial court correctly determined that at the time of the accident, the plaintiff was a special or loaned employee of the defendant, Falk Corporation. Therefore his recovery for his injuries is limited to benefits paid under the Workmen's Compensation Act.

The judgment is affirmed.